IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Alfonso Gonzalez,                                   :

                Plaintiff             :          Civil Action 2:11-cv-0137

  v.                                              :          Judge Marbley

Hostetler Trucking, Inc.,                           :          Magistrate Judge Abel

               Defendant            :

## Scheduling Conference Order

On February 9, 2011, counsel for the parties participated in a telephone scheduling conference with the Magistrate Judge.

The only remaining discovery is defendant's deposition of plaintiff Alfonso Gonzalez and any followup discovery. Last week, plaintiff's counsel received a message from Mr. Gonzalez's father that his son was in an accident and had been taken by helicopter to Miami Valley Hospital. Plaintiff's counsel contacts Mr. Gonzalez by cell phone. Mr. Gonzalez's father left his son's cell phone number as the means of contacting him. Plaintiff's counsel waited several days, then called the cell phone, but it went to voice mail. The message box was full. Plaintiff's counsel will write a letter to Mr. Gonzalez and his father, check with Miami Valley Hospital, and look for other ways to determine Mr. Gonzalez's condition and availability for deposition.

Defendant's counsel will cancel Mr. Gonzalez's deposition, which had been scheduled for February 10. It will be promptly rescheduled once Mr. Gonzalez is located.

The existing scheduling order deadlines for completing discovery by February 15

and filing case-dispositive motions by March 31, 2012 is VACATED.  Counsel are

DIRECTED to call my office (614.719.3370) on or before **February 24, 2012** to schedule

another conference with me to establish NEW deadlines for completing discovery and

filing case-dispositive motions.

s/Mark R. Abel
United States Magistrate Judge